IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br>425 Third Street, S.W., Suite 800<br>Washington, DC 20024,<br><br>    *Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY,<br>Office of the General Counsel<br>245 Murray Lane SW<br>Washington, DC 20528-0485<br><br>    *Defendant.* | Civil Action No. |

## COMPLAINT

Plaintiff, Judicial Watch, Inc., through its attorneys, brings this action against Defendant United States Department of Homeland Security ("DHS") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). As grounds therefor, Plaintiff alleges as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

### PARTIES

3. Plaintiff Judicial Watch, Inc. is a not-for-profit educational foundation, organized under the laws of the District of Columbia and has its principal place of business at 425 Third Street, S.W., Suite 800, Washington, DC 20024. Plaintiff seeks to promote transparency,

accountability, and integrity in government, politics, and the law. As part of its educational mission, Plaintiff regularly requests access to the public records of federal, state and local government agencies, entities and offices under FOIA to shed light on the operations of the federal government and to educate the public about these operations. Plaintiff then analyzes the agency records and disseminates its findings and the agency records to the public.

4. Defendant DHS is an agency of the United States Government and is headquartered at 601 South 12th Street, Arlington, VA 22202. Defendant has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5. On May 15, 2014, Plaintiff submitted a FOIA request to U.S. Immigration and Customs Enforcement ("ICE"), a component of Defendant, by certified mail, seeking access to:

> Any and all records of communication including, but not limited to, emails and memoranda, to or from personnel in the office of the Principal Deputy Assistant Secretary of Immigration and Customs Enforcement (including its component offices, such as the Office of Public Affairs), from May 1 to May 15, 2014, concerning, regarding, or related to the report published by the Center for Immigration Studies concerning the release of 36,000 criminal aliens.

6. On May 22, 2014, Defendant acknowledged receipt by mail of Plaintiff's FOIA request on May 21, 2014 and assigned the request case number 2014FOIA18227. Defendant also informed Plaintiff that due to the request for numerous documents, Defendant would invoke a 10-day extension to process Plaintiff's FOIA request, as allowed by Title 5 U.S.C. § 552(a)(6)(B).

7. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), the Defendant was required to determine whether to comply with Plaintiff's request within thirty (30) working days after its receipt of the request and to notify Plaintiff immediately of its determination, the

reasons therefor, and the right to appeal any adverse determination. Defendant's determination was due by July 3, 2014.

8. As of the date of this complaint, Defendant has failed to: (i) determine whether to comply with Plaintiff's request; (ii) notify Plaintiff of any such determination or the reasons therefor; (iii) advise Plaintiff of the right to appeal any adverse determination; and/or (iv) produce the requested records or otherwise demonstrate that the requested records are exempt from production.

9. Because Defendant has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A), Plaintiff is deemed to have exhausted any and all administrative remedies with respect to its request, pursuant to 5 U.S.C. § 552(a)(6)(C).

## COUNT 1
### (Violation of FOIA, 5 U.S.C. § 552)

10. Plaintiff realleges paragraphs 1 through 9 as if fully stated herein.

11. Defendant is unlawfully withholding records requested by Plaintiff pursuant to 5 U.S.C. § 552.

12. Plaintiff is being irreparably harmed by reason of Defendant's unlawful withholding of records responsive to Plaintiff's FOIA request, and will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to conduct searches for any and all records responsive to Plaintiff's FOIA requests and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA requests; (2) order Defendant to produce, by a date certain, any and all non-exempt records responsive to FOIA requests and a *Vaughn* index of any responsive records

withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA requests; (4) grant Plaintiff an award of attorney's fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated: July 21, 2014

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ Paul J. Orfanedes
Paul J. Orfanedes
D.C. Bar No.429716
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172
*Counsel for Plaintiff*