UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------x

JUDICIAL WATCH, INC.

          Plaintiff,

   v.

U.S. DEPARTMENT OF HOMELAND SECURITY,

          Defendant.

---------------------------------------x

Civ. A. No. 14-1237 (CRC)

**JOINT PROPOSED DISCLOSURE SCHEDULE**

The Defendant, the U.S. Department of Homeland Security, and the Plaintiff, Judicial Watch, Inc., through their respective counsel, submit this joint proposed disclosure schedule, pursuant to the Court's September 3, 2014 Minute Order. The Plaintiff has filed a complaint pursuant to the Freedom of Information Act (FOIA) act. The Defendant has not completed production in response to the Plaintiff's FOIA request.

The Defendant has searched for responsive documents to Plaintiff's FOIA request and is currently reviewing and processing responsive documents. The Defendant will begin a rolling production every month starting on September 30, 2014. The Defendant anticipates that production will be complete in 6-10 months. The Parties will file a status report on February 27, 2014 and every sixty (60) days thereafter until all records production is complete.

Dated: September 17, 2014    Respectfully submitted,

RONALD C. MACHEN JR., D.C. BAR #447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

_____/s/_____
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2539
Andrea.McBarnette@usdoj.gov

*Attorneys for Defendant*

_____/s/_____
PAUL J. ORFANEDES, D.C. Bar # 429716
Judicial Watch, Inc.
425 Third Street, S.W., Suite 800
Washington, D.C. 20024
(202) 646-5172
porfanedes@judicialwatch.org

*Attorneys for Plaintiff*