# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
|     Plaintiff, ) | Civil Action No. 14-1237 (CRC) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

## STIPULATION OF DISMISSAL

Plaintiff is satisfied with Defendant's response to the Freedom of Information Act request at issue in this litigation, and, accordingly, the parties hereby stipulate to the dismissal of this action, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own attorney's fees and costs.

Dated:  January 30, 2015

Respectfully submitted,

*/s/Paul J. Orfanedes*
PAUL J. ORFANEDES
D.C. Bar. No. 429716
Judicial Watch, Inc.
425 Third Street, S.W., Suite 800
Washington, DC 20024
Tel:     (202) 646-5172
Email:  porfanedes@judicialwatch.org

*Attorneys for Plaintiff*

RONALD C. MACHEN JR.
D.C. BAR # 447889
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

*/s/Andrea McBarnette*
ANDREA McBARNETTE,
D.C. BAR #483789
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-25639
Andrea.McBarnette@usdoj.gov

*Counsel for Defendant*